DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARTHANIA JEAN-BAPTISTE,**
Appellant,

v.

**EDLER DESTINAS,**
Appellee.

No. 4D22-2673

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. FMCE18-7613.

Lawrence R. Metsch of Metschlaw, P.A., Hollywood, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, DAMOORGIAN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***